IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CORRY METAL FURNITURE, INC.,

    Plaintiff,

v

VANERUM STELTER, LLC,

    Defendant.

                              /

Case No.: 1:17-cv-20

**STIPULATED ORDER OF CONDITIONAL DISMISSAL**

This matter having come before the Court on the Stipulation of Plaintiff Corry Metal Furniture, Inc. and Defendant Vanerum Stelter, LLC and the Court being otherwise fully advised in the premises:

IT IS HEREBY AGREED that:

1. This case shall be and hereby is dismissed with prejudice and without costs or fees to any party, subject to the terms and conditions set forth herein;

2. The parties shall adhere to the terms and conditions stipulated to in the parties settlement and release agreement dated June 28, 2017 (the "Agreement");

3. Notwithstanding this dismissal, should any party fail to adhere to the terms and conditions stipulated in the parties' Agreement, then this matter may be reinstated for the sole purpose of enforcing the agreement and including entering a consent judgment in accordance with the Agreement.

| | |
|---|---|
| QUINN BUSECK LEEMHUIS TOOHEY & KOROT, INC. | VARNUM LLP |

By: */s/Michael P. Kruszewski*       By: */s/Michael J. Roth*

<div style="display:flex">

QUINN BUSECK LEEMHUIS TOOHEY & KOROT, INC.

By: */s/Michael P. Kruszewski*
   Michael P. Kruszewski, Esq.
   PA Id. No. 91239
   2222 West Grandview Blvd.
   Erie Pennsylvania 16506-4608
 Telephone: 814-833-2222
  Email: mkruszewski@quinnfirm.com
  Counsel for Plaintiff

VARNUM LLP

By: */s/Michael J. Roth*
   Michael J. Roth
   Michigan Id. No. P51795
   333 Bridge Street, NW, Suite 1700
   Grand Rapids, MI 49504
  Telephone: 616-336-6000
  Email: mjroth@varnumlaw.com
  Counsel for Defendant

</div>

IT IS SO ORDERED.

_____
Judge Barbara Rothstein

#1062689