UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CORRY METAL FURNITURE, INC.,          :
    Plaintiff,                           :
                                  :
          vs.                              :
                                    :
VANERUM STELTER, LLC,                 :          Civil Action No. 1:17-CV-20
    Defendant.                           :

## MOTION TO REINSTATE MATTER
## AND TO ENTER JUDGMENT BY CONSENT

      AND NOW, comes the Petitioner, Corry Metal Furniture, Inc., by and through its counsel, the Quinn Law Firm, and moves this Honorable Court to reinstate this matter and to enter judgment by consent, and in support thereof states as follows:

      1.      The Plaintiff, Corry Metal Furniture, Inc. ("CMF"), is a corporation duly organized under the laws of the Commonwealth of Pennsylvania with principal address of 21 Maple Avenue, Corry, Pennsylvania 16407.  CMF is a wholly owned subsidiary of Corry Contract, Inc.  CMF is represented by Michael P. Kruszewski, Esquire, and the Quinn Law Firm, 2222 West Grandview Boulevard, Erie, Pennsylvania 16506.

      2.      Upon information and belief, the Defendant, Vanerum Stelter, LLC (the "Defendant"), is a company duly organized under the laws of the State of Michigan. Pleadings can be served on the Defendant via its Registered Agent, James Stelter, CEO, with a mailing address of 549 Ionia Avenue SW, Grand Rapids, Michigan 49503-5138.  The Defendant is represented by Michael J. Roth, Esquire, Varnum, LLP, 333 Bridge Street, NW, Suite 1700, Grand Rapids, Michigan 49504.

      3.      On or about June 28, 2018 this Honorable Court entered a Minute Order (doc. #24) granting a Stipulated Order of Conditional Dismissal (doc. #23) where it

#1148438

stated "should any party fail to adhere to the terms and conditions stipulated in the

parties' Agreement, then this matter may be reinstated for the sole purpose of enforcing

the agreement and including entering a consent judgment in accordance with the

Agreement".  A copy of the Stipulated Order of Conditional Dismissal is attached hereto

and marked as Exhibit A.

4.      The Defendant is in breach of the Settlement and  Release Agreement

(the "Agreement") reached between the parties dated June 28, 2017 in that Defendant

has failed to timely make sufficient payments and has failed to provide the proper

reporting pursuant to Paragraph 1.  A copy of the Settlement and Release Agreement is

attached hereto and marked as Exhibit B.

5.      Attached herewith as Exhibit C is a copy of the Consent Judgment as

executed by Defendant's counsel, which acts as proof of liability for judgment to be

entered.

WHEREFORE, the Petitioner, Corry Metal Furniture, Inc., hereby requests that

this Honorable Court enter an reinstating this matter and entering judgment in favor of

the Plaintiff and against the Defendant.

Respectfully submitted,

QUINN, BUSECK, LEEMHUIS, TOOHEY
& KROTO, INC.


By  /s/Michael P. Kruszewski
     Michael P. Kruszewski, Esquire
     Pa. I.D. No. 91239
     2222 West Grandview Boulevard
     Erie, PA  16506-4508
     Phone:      (814) 833-2222
     Facsimile:   (814) 833-6753
     mkruszewski@quinnfirm.com

#1148438